UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARK BURGOYNE FARIS, ) <br> STEPHEN DUANE CHICOINE, ) <br>   a/k/a Steve Chicoine, ) <br> ) <br> Defendants. ) <br> _____ ) | No. CR 07-00108 JF <br><br> ORDER CONTINUING CASE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 <br><br><br><br><br> SAN JOSE VENUE |

This matter came before the Court for a status hearing on Friday, April 6, 2007. Counsel for the government and the defendants were present. Based on the hearing and at the request of the parties, the Court finds pursuant to Title 18, United States Code, Section 3161(h)(8)(A), considering the factors set forth in Section 3161(h)(8)(B), that the interests of justice in granting this continuance outweigh the defendants' and the public's interests in a speedy trial inasmuch as the parties need additional time for investigation and effective preparation, including obtaining and reviewing discovery in this matter.

IT IS HEREBY ORDERED that this case is continued to Wednesday, May 9, 2007 at 9:00 a.m. for a status hearing.

IT IS FURTHER ORDERED that the period of time from April 6, 2007 through and including May 9, 2007 shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*

DATED:   4/16/07

_____
JEREMY FOGEL
United States District Judge

ORDER

1  Copies to be served on:

2  MATTHEW A. LAMBERTI
   Assistant United States Attorney
3  150 Almaden Boulevard, Suite 900
   San Jose, California  95113
4
   JOHN LYLE WILLIAMS, JR.
5  Manchester Williams & Seibert
   125 S. Market Street, Suite 1100
6  San Jose, CA  95113

7  WILLIAM MICHAEL, JR.
   Dorsey & Whitney, LLP
8  Suite 1500, 50 South Sixth Street
   Minneapolis, MN  55402-1498

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER                                    2