John L. Williams, Esq. SBN: 43912
MANCHESTER, WILLIAMS & SEIBERT
125 S. Market Street, Suite 1100
San Jose, California 95113-2286
(408) 287-6193 – Telephone
(408) 287-1554 – Facsimile

Attorney for Defendant, Mark B. Faris

**FILED**

MAY - 8 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARK BURGOYNE FARIS, STEPHEN DUANE CHICOINE, a/k/a Steve Chicoine,<br><br>Defendants. | No. CR 07-00108 JF (PVT)<br><br>APPLICATION FOR ORDER AND [PROPOSED] ORDER PERMITTING TRAVEL |

## APPLICATION FOR ORDER PERMITING TRAVEL

I, the undersigned declare:

1. I am an attorney licensed to practice law in the state of California and before this Honorable Court. I am a member in good standing of the State Bar of California. If called to testify as a witness regarding the matters set forth in this declaration, I could do so of my own personal knowledge except as to matters which are based upon information and belief, and as to those matters, I do believe them to be true.

2. I am the attorney of record for Mr. Faris in the above-captioned matter.

3. I am informed and believe Mr. Faris wishes to travel, from Minneapolis, Minnesota to Las Vegas, Nevada on May 19, 2007 and return to Minneapolis on May 23, 2007.

1

The purpose of this travel is to attend an annual business trip to participate in a national information technology show called Interop. A copy of the itinerary is attached hereto as Exhibit A.

5.  Assistant United States Attorney Matthew A. Lamberti and David Drake of Pre-Trial Services have no objections to this travel request.

6.  Mr. Faris respectfully requests that the Court grant an order granting him permission to travel in accordance with the itinerary attached as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct. Signed this 26th day of April, 2007 at San Jose, California.

/s/
John L. Williams

## ORDER

The Court having considered the declaration of John L. Williams and good cause appearing therefore:

IT IS HEREBY ORDERED that the travel request of Mr. Faris, in accordance with the itinerary attached as Exhibit A, is granted.

Date: 5-8-07

~~Jeremy Fogel~~ RICHARD SEEBORG
United States ~~District Court Judge~~ MAGISTRATE JUDGE

2

U.S. v. Faris – No. CR- 07-00108 JF
APPLICATION FOR ORDER AND ORDER PERMITTING TRAVEL

# TRIP ITINERARY

**DEPART**

    Northwest Flight # 783
    Saturday May 19, 2007 @ 9:10 a.m.
    Arrive Las Vegas 10:35 a.m.

**HOTEL**

    MGM Grand Hotel & Casino
    3799 Las Vegas Blvd.
    Las Vegas, Nevada 89109
    1.702.891.1111

Check in:    Saturday, May 19, 2007
Check out:    Wednesday, May 23, 2007

**RETURN**

    Northwest Airlines Flight # 776
    Wednesday, May 23, 2007, @ 2:12 p.m.
    Arrive Minneapolis @ 7:19 p.m.

# EXHIBIT A