John L. Williams, Esq. SBN: 43912
MANCHESTER, WILLIAMS & SEIBERT
125 S. Market St., Suite 1100
San Jose, CA 95113-2286
408.287.6193 – Telephone
408.287.1554 - Facsimile

Attorney for Defendant, Mark Faris

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00108 JF |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER |
| ) | CONTINUING DATE FOR HEARING |
| vs. ) | |
| ) | Date: January 14, 2009 |
| MARK BURGOYNE FARIS, ) | Time: 9:00 a.m. |
| ) | Court: Honorable Jeremy Fogel |
| Defendant. ) | |
| ) | |

Defendant, by and through his respective counsel, and the United States by and through Assistant United States Attorney hereby stipulate and agree as follows:

1.  Mr. Faris is currently cooperating with the Assistant United Sates Attorney in this matter. At this point, it is unclear as to when Mr. Faris' cooperation will conclude.

2.  For this reason defendant Mark Faris requests that the Court continue the sentencing hearing currently scheduled for January 14, 2009 to March 25, 2009, at 9:00 a.m.

3.  Benjamin Flores, United States Probation Officer, has no object to the continuance.

4.  The parties agree that the Sentencing Hearing currently on calendar for January 14, 2009, be continued until March 25, 2009.

Dated: December 9, 2008                    _____/s/_____
                                            Richard Cheng
                                            Assistant United States Attorney

Stipulation And [Proposed] Order Continuing Date For Hearing                    1

Dated: December 9, 2008                                    _____/s/_____
                                                                         John L. Williams
                                                                         Attorney for Defendant Mark Faris

**ORDER**

The parties having stipulated thereto, and good cause appearing therefore,

IT IS HEREBY ORDERED that the hearing scheduled for January 14, 2009, is vacated, and the matter is continued to March 25, 2009, at 9:00 a.m. before the Honorable Jeremy Fogel, United States District Judge.

Dated: 12/11/08                                             _____
                                                                         United States District Judge

Stipulation And [Proposed] Order Continuing Date For Hearing                                      2