| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CSBN 163973)<br>Chief, Criminal Division |
| 4 | RICHARD C. CHENG (CSBN 135992)<br>Assistant United States Attorney |
| 5 | |
| 6 | 150 Almaden Boulevard, 9th Floor<br>San Jose, California 95113<br>Telephone: (408) 535-5032 |
| 7 | Fax: (408) 535-5066<br>e-mail: richard.cheng@usdoj.gov |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. CR 07-00108-JF |
| Plaintiff, | ) | |
| | ) | STIPULATION OF PARTIES |
| | ) | FOR CONTINUANCE OF |
| v. | ) | SENTENCING HEARING |
| | ) | AND [PROPOSED] ORDER |
| MARK FARIS, | ) | |
| | ) | San Jose Venue |
| Defendant. | ) | |

With the agreement of the parties, and with the consent of the defendant Mark Faris ("Faris"), the Court enters this order (1) vacating the sentencing hearing for defendant Faris, now set for March 25, 2009 at 9:00 a.m.; and (2) setting a new sentencing hearing for the defendant Faris for May 6, 2009 at 9:00 a.m.  The parties agree, and the Court finds and holds, as follows:

1.  Mark Faris, entered his guilty plea to Conspiracy to Commit Mail Fraud and Wire Fraud, in violation of 18 U.S.C. §§ 371 and 2, a Class D Felony; and Conspiracy to Commit Money Laundering, in violation of 18 U.S.C. §§ 1956(h) and 2, a Class C Felony.  The guilty pleas were entered on October 8, 2008, pursuant to a cooperation plea agreement with the Government.

2. Mark Faris testified during the Government's case-in-chief in the jury trial of , Stephen Duane Chicoine that began on December 5, 2008.

3. Because it is anticipated that the Government will request a downward departure in the sentencing of Mark Faris based upon his cooperation with the Government and in light of his testimony at trial, additional time is necessary for the final recommendation to be approved and submitted to this Court.

4. Counsel for the defendant, John Williams, Esq., and Assistant U.S. Attorney Richard Cheng have agreed to jointly stipulate to a continuance of defendant Faris' sentencing hearing to May 9, 2009, and recommends that date to this Court for the continued sentencing .

SO STIPULATED.                                JOSEPH P. RUSSONIELLO
                                              United States Attorney

DATED: _____                                    /s/
                                              RICHARD C. CHENG
                                              Assistant U.S. Attorney

DATED: _____                             _____
                                              JOHN WILLIAMS, ESQ.
                                              Attorney for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. CR 07-00108-JF |
| Plaintiff, | |
| | ORDER |
| v. | |
| MARK FARIS, | |
| Defendant. | |

For the reasons stated in the parties Stipulation To Continue Sentencing, and for good cause shown, the Court vacates the March 25, 2009 sentencing date with respect to the defendant Mark Faris, and sets a new sentencing date of May 6, 2009, at 9:00 a.m.

DATED: 3/25/09

HON. JEREMY FOGEL
United States District Judge